UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CAUSE NO. 3:07-CR-130(01)RM |
| ) | |
| JONATHAN SWALLOW ) | |

ORDER

No objections have been filed to the magistrate judge's findings and recommendations upon a plea of guilty issued on February 12, 2008. Accordingly, the court ADOPTS those findings and recommendations [docket # 19], ACCEPTS defendant Jonathan Swallow's plea of guilty, and FINDS the defendant guilty of Count 1 of the Indictment, in violation of 18 U.S.C. § 922(g)(3).

SO ORDERED.

ENTERED:   March 4, 2008

  /s/ Robert L. Miller, Jr.
Chief Judge
United States District Court